**A CERTIFIED TRUE COPY**

MAR 2 6 2007

ATTEST *Luisa Bishop*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2007

FILED
CLERK'S OFFICE

*1:07cv59*

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
ASHEVILLE, N.C.

JUN 2 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-275)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED : 3.29.07

ATTEST: *Tom Dempsey*

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**SCHEDULE CTO-275 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ~~ARW 2 07-2004~~ | ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07 |
| **CALIFORNIA EASTERN** | |
| CAE 1 07-85 | Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 07-241~~ | ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07 |
| ~~CAN 3 07-702~~ | ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07 |
| **FLORIDA NORTHERN** | |
| FLN 3 06-479 | James Timothy Prescott, etc. v. A.W. Chesterton Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 1 06-1308 | Nadra O'Keefe, etc. v. AGA Gas Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 06-1058~~ | ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07 |
| ILS 3 07-1 | Steven Gray, et al. v. BNSF Railway Co. |
| **KENTUCKY WESTERN** | |
| KYW 3 07-65 | Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-10560 | Auter Earl Barney v. Insurance Co. of North America., et al. |
| ~~LAE 2 07-577~~ | ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07 |
| **MASSACHUSETTS** | |
| MA 1 05-11149 | Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al. |
| MA 1 06-10270 | Gary Anderson, etc. v. A.W. Chesterton Co., et al. |
| MA 1 06-11064 | Pamela V. Koger v. A.W. Chesterton Co., et al. |
| MA 1 06-11148 | John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| ~~MD 1 06-3319~~ | ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07 |
| **MISSOURI WESTERN** | |
| MOW 6 06-3472 | Larry F. Schauf, et al. v. 3M Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-20 | Robert Irving v. ITT Corp., et al. |
| MSS 1 07-23 | Felicia White, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 07-59 | Lula Adams Grant v. William Powell International Sales Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-56 | Peggy R. Morgan v. Borg-Warner Corp., et al. |
| NCM 1 07-101 | John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-102 | Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al. |

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA MIDDLE
 NCM 1  07-105              Grady Vernon Holmes v. Aqua-Chem, Inc., et al.
 NCM 1  07-107              Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al.
 NCM 1  07-116              Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
 NCW 1  07-4               Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-5               Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-6               Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-7               Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-8               James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-10              Clarence B. Beard, III, et al. v. 3M Co., et al.
 NCW 1  07-13              Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-14              Abraham Norris, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-15              Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-25              Roland William Hager, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-26              Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-27              John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-29              Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al.
 NCW 1  07-30              David Steven Miller, et al.v. Aqua-Chem, Inc., et al.
 NCW 1  07-31              Todd Howard Sherrill v. Aqua-Chem, Inc., et al.
 NCW 1  07-33              Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-34              Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-35              Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al.
 NCW 1  07-36              Boyd T. Towery, Jr. v. 3M Co., et al.
 NCW 1  07-37              Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-38              Dean McCorkle, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-39              Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-46              Randy L. Johnson v. 3M Co., et al.
 NCW 1  07-48              Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-49              Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-50              Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-51              Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-52              James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-55              Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-57              Linda Faye Bishop v. Aqua-Chem, Inc., et al.
 NCW 1  07-58              James Richard Hood, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-59              Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al.
 NCW 1  07-60              Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
 NYE 1  07-258             Charles B. Young, et al. v. A.W. Chesterton Co., et al.
 NYE 1  07-260             Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al.
 NYE 1  07-261             Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al.
 NYE 1  07-262             Bea Aguilar, etc. v. A.W. Chesterton Co., et al.
 NYE 1  07-273             William Prestis, Sr., et al. v. A.W. Chesterton Co., et al.
 NYE 1  07-359             Arlene D. Welch, etc. v. A.W. Chesterton Co., et al.
 NYE 1  07-360             Eleanor Koerner, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
 NYS 1  06-15395           Talbot P. Frawley, et al. v. General Electric Co., et al. Opposed 3/23/07

OHIO NORTHERN
 OHN 1  06-10006           Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al.

<u>DIST. DIV. C.A. #</u>                      <u>CASE CAPTION</u>

**PENNSYLVANIA WESTERN**
   PAW 2  07-40                          Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

**SOUTH CAROLINA**
   SC  0  07-30                          Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
   SC  0  07-34                          Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
   SC  0  07-240                         Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
   SC  0  07-242                         Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
   SC  0  07-257                         Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
   SC  0  07-258                         Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
   SC  0  07-348                         Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
   SC  0  07-440                         Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
   SC  2  06-1113                        Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
   SC  2  07-337                         Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
   SC  2  07-338                         James Herman Collins v. Bayer CropScience, Inc., et al.
   SC  2  07-468                         Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
   SC  6  07-241                         Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
   SC  7  07-32                          Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
   SC  7  07-33                          James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
   SC  7  07-36                          Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
   SC  7  07-367                         Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
   SC  7  07-393                         William E. Dover, et al. v. Aqua-Chem Inc., et al.
   SC  7  07-439                         Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
   SC  8  06-570                         Walter David James, et al. v. Aqua-Chem, Inc., et al.
   SC  8  06-941                         William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
   SC  8  06-942                         William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
   SC  8  07-29                          Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
   SC  8  07-239                         Tommy Joe King v. Aqua-Chem, Inc., et al.
   SC  8  07-256                         Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
   SC  8  07-435                         Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
   SC  8  07-436                         Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
   SC  8  07-437                         Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

**TEXAS NORTHERN**
   TXN 4  07-82                          Marsha Geffert, et al. v. CertainTeed Corp., et al.

**TEXAS SOUTHERN**
   TXS 4  07-130                         Allan Cardwell, et al. v. The Boeing Co., et al.

**VIRGINIA EASTERN**
   VAE 2  06-9103                        Richard W. Grapes v. American Standard, Inc., et al.
   VAE 2  06-9104                        Gordon W. Jones v. American Standard, Inc., et al.
   VAE 2  06-9105                        William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard,
                                         Inc., et al.
   VAE 2  06-9106                        Lucy S. Ward v. American Standard, Inc., et al.
   VAE 2  06-9107                        Margie E. Birmingham v. American Standard, Inc., et al.
   VAE 2  06-9108                        Roberto P. Gallegos v. American Standard, Inc., et al.
   VAE 2  06-9109                        Terry D. Nealey v. American Standard, Inc., et al.
   VAE 2  06-9110                        Richard B. Nelson v. American Standard, Inc., et al.
   VAE 2  06-9111                        Floyd C. Olson v. American Standard, Inc., et al.
   VAE 2  06-9112                        Charles L. Papke v. American Standard, Inc., et al.
   VAE 2  06-9113                        Leon R. Paquette v. American Standard, Inc., et al.
   VAE 2  06-9114                        James H. Rickard v. American Standard, Inc., et al.
   VAE 2  06-9115                        George D. Ryan v. American Standard, Inc., et al.
   VAE 2  06-9116                        Willus C. Stream v. American Standard, Inc., et al.

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

**VIRGINIA EASTERN**

| | |
|---|---|
| VAE 2  06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2  06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2  06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2  06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2  06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2  06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2  06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2  06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2  06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2  06-9126 | Joseph D.Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2  06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2  06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2  07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2  07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2  07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2  07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2  07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2  07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2  07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2  07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2  07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2  07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2  07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2  07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2  07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2  07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2  07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2  07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2  07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2  07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2  07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2  07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2  07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2  07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2  07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2  07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2  07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2  07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2  07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2  07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2  07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2  07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2  07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2  07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2  07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2  07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3  07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |

**WASHINGTON WESTERN**

| | |
|---|---|
| WAW 2  06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |

**WISCONSIN EASTERN**

| | |
|---|---|
| WIE 2  06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

DIST. DIV. C.A. #                    CASE CAPTION

WISCONSIN WESTERN
  WIW  3  06-672          Ernest Crotteau v. Dynegy Corp., et al.